B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hall, James E** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Hall, Sharisse P** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Sharisse P Tynes; FKA Sharisse P Younger** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6551** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6746** |
| Street Address of Debtor (No. and Street, City, and State):<br>**4 E. Rocket Circle**<br>**Park Forest, IL**<br>ZIP Code **60466** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**4 E. Rocket Circle**<br>**Park Forest, IL**<br>ZIP Code **60466** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7 ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9    of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12 ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13    of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,   ☐ Debts are primarily<br>    defined in 11 U.S.C. § 101(8) as      business debts.<br>    "incurred by an individual primarily for<br>    a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hall, James E**<br>**Hall, Sharisse P** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Edwin L. Feld                                December 22, 2008**<br>Signature of Attorney for Debtor(s)                                (Date)<br>**Edwin L. Feld** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

   ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

   ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

              _____
              (Name of landlord that obtained judgment)

              _____
              (Address of landlord)

   ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                  Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hall, James E** <br> **Hall, Sharisse P** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James E Hall**
Signature of Debtor   **James E Hall**

X **/s/ Sharisse P Hall**
Signature of Joint Debtor **Sharisse P Hall**

Telephone Number (If not represented by attorney)

**December 22, 2008**
Date

### Signature of Attorney*

X **/s/ Edwin L. Feld**
Signature of Attorney for Debtor(s)

**Edwin L. Feld 6188070**
Printed Name of Attorney for Debtor(s)

**Feld & Korrub, LLC**
Firm Name

**29 South LaSalle Street**
**Suite 328**
**Chicago, IL 60603**

Address

**312-263-2100  Fax: 312-263-9838**
Telephone Number

**December 22, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **James E Hall**
**Sharisse P Hall**                        Case No. _____

Debtor(s)          Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
　　　☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
　　　☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
　　　☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:　**/s/ James E Hall**
　　　　　　　　　　　**James E Hall**
Date:　**December 22, 2008**

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **James E Hall**
**Sharisse P Hall**
                          Debtor(s)

Case No. _____

Chapter   **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable
statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or
mental deficiency so as to be incapable of realizing and making rational decisions with respect to
financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being
unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or
through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling
requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Sharisse P Hall**
    **Sharisse P Hall**
Date:  **December 22, 2008**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

    2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

    3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

    Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

    Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

    A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

    I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Edwin L. Feld** | X  **/s/ Edwin L. Feld** | **December 22, 2008** |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**29 South LaSalle Street**
**Suite 328**
**Chicago, IL 60603**
**312-263-2100**

### Certificate of Debtor

    I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **James E Hall** | | |
| **Sharisse P Hall** | X  **/s/ James E Hall** | **December 22, 2008** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X  **/s/ Sharisse P Hall** | **December 22, 2008** |
| | Signature of Joint Debtor (if any) | Date |

Academy Collection Service
10965 Decatur Rd
Philadelphia, PA 19154-3210


Account Services
1802 NE Loop 410, Ste 400
San Antonio, TX 78217


AFNI
P.O. Box 3068
Bloomington, IL 61702


Allied Interstate
P.O. Box 16336
West Palm Beach, FL 33416


Allstate Insurance
Allstate Plaza
Northbrook, IL 60062


Alverno Professional Services
30 E. 15th St
Ste 306
Chicago Heights, IL 60411


American Collection Systems
P.O. Box 27148
Columbus, OH 43227


American Fair Credit Association
3190 S. Wadsworth Blvd   # 100
Lakewood, CO 80227


Ameriloan
5-2368 Laurel Street
Vancouver, BC


AOL GPO
P.O. Box 29593
New York, NY 10087-9593


Applied Card Bank
P.O. Box 17120
Wilmington, DE 19886-7120

Arbor Trails Apartments
119 Sycamore Dr
Park Forest, IL 60466


Arrow Financial Services
5996 W Touhy, 2nd Fl
Niles, IL 60714


Asoociated Pathologists of Joliet
330 Madison St, Ste 200A
Joliet, IL 60435


Assert Care
P.O. Box 15380
Wilmington, DE 19850


Asset Acceptance
P.O. Box 2039
Warren, MI 48090-2036


Assetcare, Inc.
P.O. Box 15380
Wilmington, DE 19850


Associated Radiologists of Joliet
1301 Copperfield Avenue
Ste 107
Joliet, IL 60432


Associated St James Radiologists
P.O. Box 3597
Springfield, IL 62708-3597


AT&T Lisle Bankruptcy Operations
4513 Western Avenue
Lisle, IL 60532


Attention, LLC
P.O. Box 2548
Sherman, TX 75091


Avalon Recovery
P.O. Box 959084
Houston, TX 77082

Bakul Pandya MDSC
303 Springfield
Joliet, IL 60435


Bank Financial, FSB
6415 W. 95th Street
Chicago Ridge, IL 60415


Bank of America
Collections Department, 4261
PO Box 53137
Phoenix, AZ 85072-9327


Blockbuster Video
2441 Lincoln Hwy
Olympia Fields, IL 60461


Blockbuster Video
1800 W. Jefferson
Joliet, IL 60435


Blockbuster Video
1701 N. Larkin
Crest Hill, IL 60435


Boyajian Law Offices
201 Route 17 North, 5th Floor
Rutherford, NJ 07070-2574


Bureau of Collection Recovery
7575 Corporate Way
Eden Prairie, MN 55344


CAB Services
60 Barney Dr.
Joliet, IL 60435


Cardiology Interpretation
PO Box 3642
Joliet, IL 60434


Carson Pirie Scott
PO Box 5953
Carol Stream, IL 60197-5953

Cavalry Portfolio Services
P.o. Box 27288
Tempe, AZ 85282


CCS
P.O. Box 9126
Boston, MA 02205


Census Book Offer Family Books
c/o NSA
P.O. Box 8901
Westbury, NY 11590


Centurian Capital Corporation
700 King Farm Drive, Ste 507
Rockville, MD 20850


Citgo
PO Box 659590
San Antonio, TX 78265-9590


Citibank
701 E. 60th St, N.
Sioux Falls, SD 57117


City of Joliet
150 W. Jefferson St
Joliet, IL 60435


Clark Refining and Marketing
P.O. Box 3218
Abilene, TX 79604


CNAC
2345 W. Jefferson
Joliet, IL 60435


Coldata
P.O. Box 2998
Valley Stream, NY 11582


Collection Co of America
700 Longwater Dr.
Norwell, MA 02061-1624

Columbia / Olympia Fields Osteopath
20201 South Crawford Avenue
Olympia Fields, IL 60461


Columbia House
1400 N. Fruitridge Ave
PO Box 1157
Terre Haute, IN 47811


Comcast Cablevision
PO Box 13937
Philadelphia, PA 19101-3937


Consultants in Pathology
P.O. Box 9231
Michigan City, IN 46361


Cook County Dept of Revenue
Use Tax Division
PO Box 94401
Chicago, IL 60690


Credit Consultants, Inc.
PO Box 22836
Beachwood, OH 44122


Credit Protection Association, LP
13355 Noel Rd
Dallas, TX 75240


Credit Systems
P.O. Box 1088
Arlington, TX 76004-1088


Creditors Collection Bureau
P.O. Box 63
Kankakee, IL 60901


Creditors Discount & Audit
PO Box 213
Streator, IL 61364


Creditrust
7000 Security Blvd
Baltimore, MD 21244

Cross Country Bank
4700 Blue Lake Dr
Boca Raton, FL 33431-0730


Daily Southtown
5959 S. Harlem Avenue
Chicago, IL 60638


Delver Serv Inc
P.O. Box 15119
Wilmington, DE 19886


Diabetic Cooking Magazine
P.O. Box 505
Mount Morris, IL 61054


Discover Card
P.O. Box 30395
Salt Lake City, UT 84130-0395


Diversified Credit Svs
900 South Hwy, Ste 210
Fenton, MO 63026


Dominick Carmata, DDS
171 W. 101st
Chicago Heights, IL 60411


Doubleday Book Club
505 Ridge Ave
Hanover, PA 17332


Economy Furniture
6162 Broadway
Merriville, IN 46410


Emergency Physicians - Joliet
PO Box 2818
Joliet, IL 60434


Emergency Physicians PESI
P.O. Box 2966
Joliet, IL 60435

Emergency Room Billing
625 US Hwy 1
Ste 101
Key West, FL 33040


Enhanced Recovery Corporation
8014 Bayberry Rd
Jacksonville, FL 32256


Excel Emergency Care
6540 Reliable Way
Chicago, IL 60686


Excel LLC
6540 Reliable Way
Chicago, IL 60686


Fidelity Federal Bank FSB
PO Box 19780
Irvine, CA 92623-9780


Financial Recovery Services
P.O. Box 385908
Minneapolis, MN 55438-5908


Fischer Mangold Joliet
7535 southfront Rd, Bldg B
Livermore, CA 94550-4201


FM Joliet
P.O. Box 39000
San Francisco, CA 94139


Forbes
P.O. Box 5471
Harlan, IA 51593


Foreclosure World
22 Elizabeth St
Norwalk, CT 06854


GE Money Bank
P.O. Box 960061
Orlando, FL 32896-0061

GEMB/Whitehall
P.O. Box 981439
El Paso, TX 79998


Global Acceptance Credit Corp
5850 W I-20
Arlington, TX 76017


Grate Mini Warehouse
4014 W. McDonough
Joliet, IL 60435


Great Lakes Collection Bureau, Inc.
45 Oak St
Buffalo, NY 14203-5195


H& R Block
c/o CT Corporation Systems
208 S. LaSalle
Chicago, IL 60604


Heartland Cardiovascular Center
2121 Oneida St, Ste 202
Joliet, IL 60435


Hedges Clinic
222 Coloroda Ave
Frankfort, IL 60423


HHL Financial Svs
P.O. Box 9035
Hicksville, NY 11802


Hosiery Corporation of America
PO Box 7857
Philadelphia, PA 19188


Household Bank
Dept 1500
Carol Stream, IL 60128


Household Customer Service
PO Box 876
Wood Dale, IL 60191

IC Systems Inc
PO Box 64378
St Paul, MN 55164


Illinois Collection Service
P.O. Box 1010
Tinley Park, IL 60477-1010


Illinois Dept of Human Services
823 E Monroe St
Springfield, IL 62794


IMBS
P.O. Box 189053
Plantation, FL 33318-9053


Ingalls Memorial Hospital
One Ingalls Dr
Harvey, IL 60462


Interpretation Services of Joliet
P O Box 68
Joliet, IL 60434


IQ Tel
3221 Burr Oak Ave
Blue Island, IL 60406


JCPenney
P.O. Box 981131
El Paso, TX 79998


Joliet Emergency Physicians
c/o Gold Key Credit, Inc.
625 US Hwy 1, Ste 105
Key West, FL 33040


Joliet Oral Surgeons
1011 W. Jefferson
Joliet, IL 60435


Joliet Radiological Service Corp
2208 Weber Rd
Crest Hill, IL 60435

JVDB Assoc
P.O. Box 5718
Elgin, IL 60121


KCA Financial Services
628 North St
P.O. Box 53
Geneva, IL 60134


Larkin Apartments
338 N. Larkin
Joliet, IL 60436


Lindquist & Trudeau
111 Westport Plaza, Ste 816
Saint Louis, MO 63146


Linebarger, Goggan
233 S. Wacker, Ste 4030
Chicago, IL 60606


MAC/TCS
4601 Sauk Trail, 3rd Fl
Richton Park, IL 60471


MCI
8875 Aero Dr, Ste 2
San Diego, CA 92123


MCS, Inc.
725 S. Wells, Ste 700
Chicago, IL 60607


Medclear, Inc
507 Prudential Rd
Horsham, PA 19044


Media One
1304 Marquette Dr
Romeoville, IL 60441


Medical Collections System
725 S. Wells, Ste 700
Chicago, IL 60607

Medical Recovery Specialists
2200 E. Devon, #288
Des Plaines, IL 60018-4519


MeganJ. Penick
P.O. Box 10946
Fairfield, NJ 07004


MEPA
P.O. Box 891660
Dallas, TX 75389


Mercantile Adjustment Bureau
P.O. Box 9315A
Rochester, NY 14604-0999


Merchants Credit Guide
223 W. Jackson, Ste 900
Chicago, IL 60606


Metroplex Emergency Phys
P.O. Box 891660
Dallas, TX 75389


Midland Credit Management
500 W. First St
PO Box 576
Hutchinson, KS 67504


Midwest Emergency Associates
PO Box 6500
Chicago, IL 60680-6500


Mitchell N. Kay, PC
7 Penn Plaza    18th Flr.
New York, NY 10001-3995


Montgomery Ward
P.O. Box 2843
Monroe, WI 53566-8002


MRS, Inc.
3 Executive Campus, Suite 400
Cherry Hill, NJ 08002

MRSI
2200 E. Devon, Suite 288
Des Plaines, IL 60018


MSN
P.O. Box 1095
Augusta, ME 04332


MTI
P.O. Box 1401
Chicago Heights, IL 60412


Mutual Hospital Services
P.O. Box 19828
Indianapolis, IN 46219-0828


National City Bank
P.O. Box 7602
Fort Washington, PA 19034


Nations Bank
820 Silver Lake Blvd
Dover, DE 19904


Nationwide Acceptance
3435 N. Cicero Ave
Chicago, IL 60641


NCI
3601 Algonquin Rd Ste 500
Rolling Meadows, IL 60068


NCO Financial Systems
507 Prudential Rd
Horsham, PA 19044


NICOR
Bankruptcy & Collections
PO Box 549
Aurora, IL 60507


North Shore Agency
751 Summa Ave
Westbury, NY 11590

Oak Forest Hospital
15900 S. Cicero
Oak Forest, IL 60452


Oaklawn Radiology Imaging
37241 Eagleway
Chicago, IL 60678


Oldden Collection Agencies
PO Box 912
Oceanside, NY 11572


Olympia Fields Family Med Ctr
20303 S. Crawford, Ste 120
Olympia Fields, IL 60461


OSI Collection Services
P.O. Box 550720
Jacksonville, FL 32255-0720


Pagemart
P.O. Box 78645
Phoenix, AZ 85062


Palos Emergency Medical Services, L
9944 S. Roberts Rd   #204
Palos Hills, IL 60465


Park Dansan
P.O. Box 248
Gastonia, NC 28053


Paul D.Lawent
330 S. Wells, Ste 1310
Chicago, IL 60606


Payco
PO Box 7167
Dublin, OH 43017


Payday Express
1701 N Larkin
Crest Hill, IL 60435

Payday Loan Store
1958 W. Cermak, Suite 2
Chicago, IL 60608


Payday Loan Store
2116 S. Larkin
Joliet, IL 60436


Pekay & Blittstein
77 W. Washington, Suite 719
Chicago, IL 60602


Pellettieri & Associates
991 Oak Creek Dr
Lombard, IL 60148


Petrie Retail, Inc.
P.O. Box 33700
Detroit, MI 48232-5700


Pheasant Run Apts
1 E. Bradford Rd
Joliet, IL 60435


Plaza Associates
370 7th Ave
15th Fl
New York, NY 10001


Prairie Emergency Services
P.O. Box 2669
Joliet, IL 60434


Premier Bankcard, Inc.
P.O. Box 5114
Sioux Falls, SD 57117


Premium Budget Plan
5632 S. Pulaski
Chicago, IL 60629


Providian
PO Box 9539
Manchester, NH 03108

Providian Processing Services
P.O. Box 660548
Dallas, TX 75266-0548


Publishers Clearing House
PO Box 4005
Woburn, MA 01888-4005


Quest Diagnostics
PO Box 64500
Baltimore, MD 21264-4500


Radio Shack Credit Card Plan
P.O. Box 689182
Des Moines, IA 50368-9182


Radiology Center, S.C.
PO Box 0604
Hinsdale, IL 60522


RDC Financial Grp
1285 Locust #12
Pasadena, CA 91106


Readers Digest
P.O. Box 8010
Prescott, AZ 86304-8010


Receivable Outsourcing
P.O. Box 549
Lutherville Timonium, MD 21093


RMA
802 E. Martintown Rd, Ste 201
North Augusta, SC 29841


Robert G. Michaels & Assoc.
230 W. Huron
Chicago, IL 60610


Sacor Systems
2175 W. Oneida
Joliet, IL 60435

SBC
PO Box 769
Arlington, TX 76004


Schneider Training Academy
10075 W. Colfax
Lakewood, CO 80215


Sears
PO Box 182228
Columbus, OH 43218


Shaffer & Associates
PO Box 1545
Columbia, MO 65205


Silver Cross Hospital
1200 Maple Rd
Joliet, IL 60432


South Suburban Hospital
17800 S. Kedzie Ave
Hazel Crest, IL 60429


Southwest Laboratory Physicians
Dept 77-9288
Chicago, IL 60678


Southwestern Bell Mobile Systems
628 McColl Rd
Mcallen, TX 78501


Sparacio & Allen
27 E. Monroe, Ste 1000
Chicago, IL 60603


Sprint PCS
PO Box 219718
Kansas City, MO 64121-9718


St James Hospital
1423 Chicago Rd
Chicago Heights, IL 60411

St Joseph Medical Center
333 N. Madison St
Joliet, IL 60435


Suburban Emergency Phys Grp
Dept 37001
P.O. Box 7417
Chicago, IL 60680


Suburban Emergency Physicians
P.O. Box 2729
Carol Stream, IL 60132-0001


Suburban Heights Medical Center
333 Dixie Highway
Chicago Heights, IL 60411


Sugar Creek Apts
29 E. Pheasant Run Rd
Joliet, IL 60433


Surpas
3120 Hayes Rd, Ste 200
Houston, TX 77082


T-Mobile
P.O. Box 742596
Cincinnati, OH 45274


Target
c/o Retailers National Bank
PO Box 0102
Minneapolis, MN 55440-0102


TCI Cable
87 W. Joe Orr Rd
Chicago Heights, IL 60411


Tintari Rec Svs
P.O. Box 617520
Chicago, IL 60661


UIC College of Dentistry
801 S. Paulina
Chicago, IL 60612

United Credit National Bank
Genesis Financial Solutions
P.O. Box 4865
Beaverton, OR 97076


United Resource Systems
10075 Colfax
Denver, CO 80215


US Cellular
P.O. Box 94250
Palatine, IL 60094


US Credit Corp.
23ay ara10 F
Carlsbad, CA 92008


US Fast Cash
2533 N. Carson, Ste 5436
Carson City, NV 89706


Valentine & Kebartas, Inc.
P.O. Box 325
Lawrence, MA 01842


VAV Premium Finance Co
P.O. Box 39
Chicago Heights, IL 60412


Village of Orland Park
10749 Winterset Dr
Orland Park, IL 60467


Washington Mutual Card Services
Correspondence
P.O. Box 10467
Greenville, SC 29603


West Asset Mgmt
P.O. Box 2348
Sherman, TX 75091-2348


Western Union Card Services
P.O. Box 9201
Old Bethpage, NY 11804

Will County Health Dept
501 Ella Avenue
Joliet, IL 60433


William D Smith
5720 Peachtree Pkwy S, Ste 350
Norcross, GA 30092


Williams & Assoc
1950 Miller, Ste 1
Orange Park, FL 32073


Wolpoff & Abramson
2 Irvington Center
702 King Farm Blvd
Rockville, MD 20850-5775


Z-Tel
P.O. Box 17546
Baltimore, MD 21297